IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION


RICHARD L. JONES                                           PETITIONER
REG. 31344-177

VS.                          CASE NO. 2:05CV00074 HDY


LINDA SANDERS,
WARDEN, FCI FORREST
CITY, ARKANSAS                                             RESPONDENT


**ORDER**

By previous Order dated May 24, 2005, the petitioner was notified of his opportunity to supplement his claim that his case manager made Community Correction Center assignments on a racial basis. Mr. Jones responded to this Order with two pleadings. The second of the two additional pleadings (docket entry no. 8) includes an affidavit by Mr. Jones wherein he cites specific examples to support his claim. We note that the claim of racial preference was advanced in a pleading other than the initial petition. As a result, the respondent has not addressed this allegation. We direct the respondent to submit a pleading on this issue, including a response to the specific instances alleged by Mr. Jones in docket entry no. 8. This pleading should be submitted on or before August 15, 2005. The petitioner's motion to produce, which we construe as a motion for leave of the court for discovery, is held in abeyance pending the submission by the respondent.

IT IS SO ORDERED this _26_ day of July, 2005.

>                                  _____
>                                  UNITED STATES MAGISTRATE JUDGE